UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Richard T. Mackall,

        Plaintiff,                        Case No. 12-10302

v.                                          Hon. Nancy G. Edmunds

United States Postal Service,

        Defendant.

_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant's motion to dismiss [#2] is GRANTED, and the case is hereby DISMISSED for failure to state a claim upon which relief can be granted.

        SO ORDERED.


                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated:  June 12, 2012


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2012, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager